FILED

2024 Aug-29  PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/KMP: Sept. 2024
GJ # 14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **ANTWON JERMAYNE JONES** | ) |

## INDICTMENT

### COUNT ONE:
*Felon in Possession of a Firearm*
**18 U.S.C. § 922(g)(1)**

The Grand Jury charges that:

On or about the 9th day of May 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**ANTWON JERMAYNE JONES**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, **ten rounds of 9mm ammunition**, and the ammunition was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Jones was convicted on December 15, 2022, in the Circuit Court of Jefferson County, Alabama, of the offense of **Unlawful Possession of Controlled Substance**,

1

in case number DC-2021-4816, the said offense being a crime punishable by imprisonment for a term exceeding one year.

### COUNT TWO:
### *Possession with Intent to Distribute Marijuana*
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)

The Grand Jury charges that:

On or about the 24th day of May 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**ANTWON JERMAYNE JONES,**

did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

### COUNT THREE:
### *Possession of a Firearm During a Drug Trafficking Crime*
### 18 U.S.C. § 924(c)(1)(A)(i)

The Grand Jury charges that:

On or about the 24th day of May 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**ANTWON JERMAYNE JONES,**

2

knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute marijuana, as charged in Count Two of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR:
### *Felon in Possession of a Firearm*
### 18 U.S.C. § 922(g)(1)

The Grand Jury charges that:

On or about the 24th day of May 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

### ANTWON JERMAYNE JONES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a **Glock .40 caliber pistol, a Glock 9mm pistol, a Freedom Ordinance 9mm pistol, a Romarm Mini Draco 7.62x39mm pistol, a Bushmaster 5.56 caliber pistol, an American Tactical 5.56 caliber pistol, and a Remington 20-gauge shotgun**, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).  Jones was convicted on December 15, 2022, in the Circuit Court of Jefferson County, Alabama, of the offense of **Unlawful Possession of Controlled Substance**, in case number DC-2021-4816, the said offense being a crime punishable by

imprisonment for a term exceeding one year.

## COUNT FIVE:
### *Possession of a Glock Switch*
### 18 U.S.C. § 922(o)

The Grand Jury charges that:

On or about the 24th day of May 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

### ANTWON JERMAYNE JONES,

did knowingly possess a machinegun, that is, a **Glock .40 caliber pistol with a Glock conversion device** installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX:
### *Possession of Unregistered Firearm*
### 26 U.S.C. § 5861(d)

The Grand Jury further charges that:

On or about the 24th day of May 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**ANTWON JERMAYNE JONES,**

knowingly received and possessed a firearm, a **Glock .40 caliber pistol with a Glock conversion device** installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY     PRIM F. ESCALONA
                                 United States Attorney


                                 */s/ Electronic Signature*
                                 KRISTY PEOPLES
                                 Assistant United States Attorney